FILED
3/18/2021 3:11 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L002987

12630094

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| KEVIN TATE, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) No. 2021L002987 |
| JERRY WASHINGTON, Individually, | ) |
| And BEHNKE DEDICATED & | ) |
| LOGISTICS, Inc., A Corporation, | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT AT LAW

NOW COMES the Plaintiff, KEVIN TATE, by his attorneys, D&W LAW GROUP, PC, and complaining of Defendants, JERRY WASHINGTON, Individually and BEHNKE DEDICATED & LOGISTICS, Inc., A Corporation, states:

**COUNT I – AUTO NEGLIGENCE, DEFENDANT, JERRY WASHINGTON, Individually,**

1. On or about March 23, 2020, Defendant, JERRY WASHINGTON, Individually, operated, managed, maintained and controlled a motor vehicle travelling eastbound on Ruble Street at or near its intersection with Canalport Avenue in the City of Chicago, State of Illinois, County of Cook.

**EXHIBIT A**

FILED DATE: 3/18/2021 3:11 PM 2021L002987

2. On or about March 23, 2020, Plaintiff, KEVIN TATE, owned, operated, managed, maintained and controlled a motor vehicle travelling eastbound on Rubel Street at or near its intersection with Canalport Avenue in the City of Chicago, State of Illinois, County of Cook.

3. On or about March 23, 2020, Defendant, JERRY WASHINGTON, attempted a right turn and collided with the motor vehicle of Plaintiff, KEVIN TATE.

4. On or about March 23, 2020, Defendant, JERRY WASHINGTON, had a duty to use ordinary care in the operation of his motor vehicle.

5. On or about March 23, 2020, Defendant, JERRY WASHINGTON, breached his duty to use ordinary care and was negligent in one or more of the following ways:

    a. Carelessly and negligently failed to operate and control said motor vehicle;

    b. Carelessly and negligently failed to exercise that degree of care and caution that a reasonable person under similar circumstances would have exercised in the operation of said motor vehicle;

    c. Carelessly and negligently failed to keep a proper look out;

    d. Carelessly and negligently attempted to make a right turn when it was unsafe to do so;

    e. Carelessly and negligently failed to slow his vehicle;

    f. Carelessly and negligently failed to yield the right-of-way before he attempted to make the right turn;

    g. Carelessly and negligently attempted a right turn from the wrong lane; and

    h. Was otherwise careless and negligent.

4-19-2021     NAVI-5828A1     6020210419047224

FILED DATE: 3/18/2021 3:11 PM  2021L002987

6. As a direct and proximate result of one or more aforesaid careless and negligent acts and/or omissions of the Defendant, JERRY WASHINGTON, Plaintiff, KEVIN TATE, suffered personal and pecuniary injuries.

WHEREFORE, Plaintiff, KEVIN TATE, prays for judgment in his favor and against the Defendant, JERRY WASHINGTON, in a sum greater than $50,000.00, plus costs of this suit.

## COUNT II – AUTO NEGLIGENCE, DEFENDANT, BEHNKE DEDICATED & LOGISTICS, Inc., A Corporation,

1. On or about March 23, 2020, Defendant, BEHNKE DEDICATED & LOGISTICS, Inc., a Corporation, by and through its agent and employee, JERRY WASHINGTON, owned, operated, managed, maintained and controlled a motor vehicle travelling eastbound on Ruble Street at or near its intersection with Canalport Avenue in the City of Chicago, State of Illinois, County of Cook.

2. On or about March 23, 2020, Plaintiff, KEVIN TATE, owned, operated, managed, maintained and controlled a motor vehicle travelling eastbound on Rubel Street at or near its intersection with Canalport Avenue in the City of Chicago, State of Illinois, County of Cook.

3. On or about March 23, 2020, Defendant, BEHNKE DEDICATED & LOGISTICS, Inc., a Corporation, by and through its agent and employee, JERRY WASHINGTON, attempted a right turn at the intersection of Ruble Street and Canalport Avenue, when he struck the vehicle driven by Plaintiff, KEVIN TATE.

4. On or about March 23, 2020, Defendant, BEHNKE DEDICATED & LOGISTICS, Inc., a Corporation, by and through its agent and employee, JERRY WASHINGTON, had a duty to use ordinary care in the operation of his motor vehicle.

5. On or about March 23, 2020, Defendant, BEHNKE DEDICATED & LOGISTICS, Inc., a Corporation, by and through its agent and employee, JERRY WASHINGTON, breached its duty to use ordinary care and was negligent in one or more of the following ways:

    a. Carelessly and negligently failed to operate and control said motor vehicle;

    b. Carelessly and negligently failed to exercise that degree of care and caution that a reasonable person under similar circumstances would have exercised in the operation of said motor vehicle;

    c. Carelessly and negligently failed to keep a proper look out;

    d. Carelessly and negligently attempted to make a right turn when it was unsafe to do so;

    e. Carelessly and negligently failed to slow his vehicle;

    f. Carelessly and negligently failed to yield the right-of-way before he attempted to make the right turn;

    g. Carelessly and negligently attempted a right turn from the wrong lane; and

    h. Was otherwise careless and negligent.

6. As a direct and proximate result of one or more aforesaid careless and negligent acts and/or omissions of the Defendant, BEHNKE DEDICATED & LOGISTICS, Inc., a Corporation, by and through its agent and employee, JERRY WASHINGTON, Plaintiff, KEVIN TATE, suffered personal and pecuniary injuries.

WHEREFORE, Plaintiff, KEVIN TATE, prays for judgment in his favor and against the Defendant, BEHNKE DEDICATED & LOGISTICS, Inc., a Corporation, in a sum greater than $50,000.00, plus costs of this suit.

                                        Respectfully submitted,
                                        Plaintiff, KEVIN TATE,

                            By:    /s/Scott Wolfman
                                        SCOTT B. WOLFMAN,
                                        One of Plaintiff's Attorneys

D&W Law Group, PC
641 W. Lake Street, #400
Chicago, IL 60661
312/258-1800
I.D. #28765
kumri@wolfmanlaw.com