# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KEVIN TATE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JERRY WASHINGTON, Individually, and )<br>MAC R. BEHNKE RENTALS, Ltd., d/b/a )<br>BEHNKE DEDICATED & LOGISTICS )<br>INC., A Corporation, Inc., )<br>)<br>Defendants, )<br>)<br>) | Case Number 1:21-cv-2547 |

## STIPULATION TO DISMISS

    Plaintiff KEVIN TATE and Defendants JERRY WASHINGTON, Individually, and MAC R. BEHNKE RENTALS, Ltd., d/b/a BEHNKE DEDICATED & LOGISTICS INC., a Corporation, by their respective undersigned attorney jointly stipulate pursuant to Fed. R. Civ. Pro 41(a)(1)(A)(ii), to the dismissal of all defendants, with prejudice, with each party to pay their own costs and attorneys' fees. The Court retains jurisdiction to enforce the settlement. WHEREFORE, the parties stipulate to the dismissal of Defendants JERRY WASHINGTON, Individually, and MAC R. BEHNKE RENTALS, Ltd., d/b/a BEHNKE DEDICATED & LOGISTICS INC., a Corporation, with prejudice.

_/s/ Christopher J. Hoffman_
CHRISTOPHER J. HOFFMAN
Attorney for Plaintiff
D&W LAW GROUP, P.C.
641 W. Lake St., Ste. 400
Chicago, IL 60661
(312) 258-1800
kumri@wolfmanlaw.com

_/s/ Lara Lickhalter_
LARA LICKHALTER
Attorney for Defendants
Cassiday Schade LLP
222 W. Adams St., Ste. 2900
Chicago, IL 60606
(312) 739-3245
llickhalter@cassiday.com